IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD KADAR,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.                         Case No. 11-cv-641-DRH

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is plaintiff's notice of voluntary dismissal with prejudice (Doc. 8). The Court hereby acknowledges the notice and finds that all of plaintiff's claims plead in the complaint against defendant are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 17th day of October, 2011.

*Digitally signed by David R. Herndon*
*Date: 2011.10.17 15:57:59 -05'00'*

                                      **Chief Judge**
                                      **United States District Court**