IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD KADAR,**

      **Plaintiff,**

-vs-

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

      **Defendant.**           **No. 11-CV-651-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 17, 2011 this case is **DISMISSED** with prejudice. Each party shall bear their own costs and fees.

                            **NANCY J. ROSENSTENGEL,**
                            **CLERK OF COURT**

                            **BY:**    */s/Sandy Pannier*
                                        **Deputy Clerk**

Dated: October 17, 2011

Digitally signed by David R. Herndon
Date: 2011.10.18 11:43:28 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT